UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| United States of America, | Criminal No. 20-38 (PJS/LIB) |
| Plaintiff, | |
| vs. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| Melvin Wilson, | |
| Defendant. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. Defendant's Motion to Suppress Statements, Admissions and Answers, [Docket No. 28], is **DENIED**.

DATED: 2/12/21  
At Minneapolis, Minnesota

s/Patrick J. Schiltz_____  
Patrick J. Schiltz, Judge  
United States District Court